(Official Form 1) (9/01)                                                                                           FORM B1, Page 1

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Spesco, Inc. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>d/b/a FaucetsPlus.com | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-3068444 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>133 South Rohlwing Road<br>Addison, IL 60101 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Dupage | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**NO DISKETTE**

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| [ ] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [x] Chapter 11 | [ ] Chapter 13 |
| [x] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other _____ | | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [ ] Consumer/Non-Business | [x] Business | [x] Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| [ ] Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)                                    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 mill |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 mill |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/05/2003
Time: 12:13:39
Debtor: SPESCO INC
Case: 03-49246          Fee : 839
Chapter: 11 Rec. # : 3049765
Judge: John Squires
```

1:03BK49246-BK001

(Official Form 1) (9/01)                                                                                                        FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Spesco, Inc.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _/s/_____
Signature of Attorney for Debtor(s)

**David N. Missner,**
Printed Name of Attorney for Debtor(s) / Bar No.

**Piper Rudnick LLP**
Firm Name

**203 N. LaSalle Street  Suite 1800**
Address

**Chicago, IL 60601-1293**

**(312) 368-4000**                    **(312) 236-7516**
Telephone Number

12/5/03
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_____
Signature of Authorized Individual

**Steve Kogan**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

12/5/03
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | FOR COURT USE ONLY |
| | ) | |
| SPESCO, INC. | ) | |
| an Illinois corporation | ) | Date Petition Filed |
| d/b/a FaucetsPlus.com | ) | |
| FEIN # 36-3068444 | ) | |
| | ) | |
| | ) | Case Number |
| | ) | |
| | ) | |
| | ) | Bankruptcy Judge |
| Debtor. | ) | |
| | ) | |

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  NOT APPLICABLE

2. The following financial data is the latest available information and refers to the debtor's condition on November 25, 2003.

   (a)   Total assets                                                              $6,626,890.00

   (b)   Total debts (including debts listed in 2.c., below)                       $7,742,802.00

~CHGO1:30381879.v1

|  | | | | | **Approximate number of holders** |
|---|---|---|---|---|---|

(c) Debt securities held by more than 500 holders.

    secured//    unsecured//    subordinated//  $_____  _____

    secured//    unsecured//    subordinated//  $_____  _____

    secured//    unsecured//    subordinated//  $_____  _____

    secured//    unsecured//    subordinated//  $_____  _____

    secured//    unsecured//    subordinated//  $_____  _____

(d) Number of shares of preferred stock   $_____  _____

(e) Number of shares of common stock   $  1,000    2

Comments, if any: _____

_____

3. Brief description of debtor's business: _____

Wholesale of plumbing and heating equipment and lighting fixtures in northern Indiana.

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Steve Kogan, Harvey Kogan

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                                    )
                                                          )
SPESCO, INC.                                              )    Chapter 11 Case
an Illinois corporation,                                  )
d/b/a FaucetsPlus.com                                     )
EIN #36-3068444,                                          )
                                                          )    NO.
            DEBTOR.                                       )

## LIST OF CREDITORS

STATE OF ILLINOIS      )
                       )  SS
COUNTY OF COOK         )

I, Steve Kogan, being first duly sworn on oath, depose and say that I the President of **Spesco, Inc., an Illinois corporation**, the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the creditors of the debtor.

By: Spesco, Inc., an Illinois corporation

By: _____
Steve Kogan, President

I declare under penalty of perjury
that the foregoing is true and correct.

CHGO1:30381875.v1

## CREDITORS FOR SPESCO

Delta Faucet Co.
55 E. 111th Street
Indianapolis, IN 46280

Rheem Mfg. Co.
101 Bell Road
Montgomery, AL 36117

Hunter Industries
1940 Diamond Street
San Marcos, CA 92069-5190

Kohler Company
444 Highland Drive
Kohler, WI 53044

Lasco Bathware
8101 East Kaiser Boulevard
Anaheim, CA 92808

L D Kichler Co.
7711 E. Pleasant Valley Rd
Cleveland, OH 44311

Jacuzzi Whirlpool Bath
Phillips Point West Tower
Suite 1108
7777 S. Flagler Dr.
W. Palm Beach, FL 33401

Midwest Ducts
780 River Avenue
Prairie Farm, WI 54762

Maxim Lighting
13240 Amar Road
City of Industry, CA 91746

The Toro Company
8111 Lyndale Avenue South
Bloomington, MN 55420

Majestic Products Company
410 Admiral Boulevard
Mississauga, ON Canada
L5T 2N6

Atco Rubber Products Co.
7101 Atco Drive
Ft. Worth, TX 76118

Gerber Plumbing Fixtures, Inc.
4600 West Touhy Avenue
Lincolnwood, IL 60712

Selkirk Metalbestos
1985 Tate Boulevard
Hickory, NC 28601

Humana
500 West Main Street
Louisville, KY 40202

Basco
7201 Snider Road
Mason, OH 45040

NIBCO Incorporated
1516 Middlebury
Elkhart, IN 46516

Laminated Products, Inc.
5718 52nd Street
Kenosha, WI 53144

Titeflex
603 Hendee Street
Springfield, MA 01104

Murray Feiss
125 Rose Reiss Boulevard
Bronx, NY 10454

~CHGO1:30385123.v1

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SPESCO, INC. | ) Chapter 11 Case |
| an Illinois corporation, | ) |
| d/b/a FaucetsPlus.com | ) |
| EIN #36-3068444, | ) |
| | ) NO. |
| DEBTOR. | ) |

### LIST OF TWENTY LARGEST UNSECURED CREDITORS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

I, Steve Kogan, being first duly sworn on oath, depose and say that I am the President of **Spesco, Inc., an Illinois corporation**, the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A contains the names and addresses of the twenty largest unsecured creditors of the debtor prepared in accordance with Rule 1007(d) for filing in this Chapter 11 case. The list does not include (1) those persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

By: **Spesco, Inc., an Illinois corporation**

By: _____
Steve Kogan, President.

I declare under penalty of perjury
that the foregoing is true and correct.

CHGO1:30381875.v1

# EXHIBIT A TO SPESCO
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 1. Delta Faucet Co. 55 E. 111th Street Indianapolis, IN 46280 | Richard Brukman Delta Faucet Co. 55 E. 111th Street Indianapolis, IN 46280 Ph. (317) 848-0766 Fax: (317) 848-0739 | Trade debt | | $136,819.34 |
| 2. Rheem Mfg. Co. 101 Bell Road Montgomery, AL 36117 | Carl MacMaken Rheem Mfg. Co. 101 Bell Road Montgomery, AL 36117 Ph. (800) 621-5622 Fax: (800) 219-6107 | Trade debt | | $112,315.08 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 3. Hunter Industries 1940 Diamond Street San Marcos, CA 92069-5190 | Richard Hunter Hunter Industries 1940 Diamond Street San Marcos, CA 92069-5190 Ph. (619) 744-9088 Fax: (760) 744-7461 | Trade debt | | $72,505.10 |
| 4. Kohler Company 444 Highland Drive Kohler, WI 53044 | John Suralik Kohler Company 444 Highland Drive Kohler, WI 53044 Ph. (920) 457-4441 Fax: (920) 451-4443 | Trade debt | | $42,625.19 |
| 5. Lasco Bathware 8101 East Kaiser Boulevard Anaheim, CA 92808 | Sandy Nicoles Lasco Bathware 8101 East Kaiser Boulevard Anaheim, CA 92808 Ph.: (714) 993-1220 Fax: (714) 998-1250 | Trade debt | | $33,480.00 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 6. L D Kichler Co. 7711 E. Pleasant Valley Rd Cleveland, OH 44311 | Scott Ridenauer L D Kichler Co. 7711 E. Pleasant Valley Rd Cleveland, OH 44311 Ph. (216) 573-1000 Fax: (216) 573-2270 | Trade debt | | $32,219.39 |
| 7. Jacuzzi Whirlpool Bath Phillips Point West Tower Suite 1108 7777 S. Flagler Dr. W. Palm Beach, FL 33401 | Jeff Park Jacuzzi Whirlpool Bath Phillips Point West Tower Suite 1108 7777 S. Flagler Dr. W. Palm Beach, FL 33401 Ph. (925) 938-7070 Fax: (516) 514-3839 | Trade debt | | $32,178.44 |
| 8. Midwest Ducts 780 River Avenue Prairie Farm, WI 54762 | Herb Gibson, General Manager Midwest Ducts 780 River Avenue Prairie Farm, WI 54762 Ph. (715) 455-1969 Fax: (715) 455-1110 | Trade debt | | $22,623.43 |

CH\DOCS/#305308 v1 - BUILDERS: SPESCO TWENTY LARGEST CREDITORS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 9. Maxim Lighting<br>13240 Amar Road<br>City of Industry, CA<br>91746 | LaRaine<br>Maxim Lighting<br>13240 Amar Road<br>City of Industry, CA<br>91746<br>Ph.: (626) 964-7500<br>Fax: (626) 961-4804 | Trade debt | | $20,902.23 |
| 10. The Toro Company<br>8111 Lyndale Avenue South<br>Bloomington, MN 55420 | Steven Wolfe, CFO<br>The Toro Company<br>8111 Lyndale Avenue South<br>Bloomington, MN 55420<br>Ph: (952) 888-8801<br>Fax: (952) 958-5107 | Trade debt | | $20,255.69 |
| 11. Majestic Products Company<br>410 Admiral Boulevard<br>Mississauga, ON Canada<br>L5T 2N6 | Fran<br>Majestic Products Company<br>410 Admiral Boulevard<br>Mississauga, ON Canada<br>L5T 2N6<br>Ph.: (800) 525-1898<br>Fax: (905) 670-4676 | Trade debt | | $19,345.63 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 12. Atco Rubber Products Co. 7101 Atco Drive Ft. Worth, TX 76118 | Mike Walker Atco Rubber Products Co. 7101 Atco Drive Ft. Worth, TX 76118 Ph.: (800) 877-3828 Fax: (817) 595-8972 | Trade debt | | $15,749.91 |
| 13. Gerber Plumbing Fixtures, Inc. 4600 West Touhy Avenue Lincolnwood, IL 60712 | David Boyle Gerber Plumbing Fixtures, Inc. 4600 West Touhy Avenue Lincolnwood, IL 60712 Ph: (847) 675-6570 Fax: (847) 675-5192 | Trade debt | | $15,640.34 |
| 14. Selkirk Metalbestos 1985 Tate Boulevard Hickory, NC 28601 | Farrell Hunt Selkirk Metalbestos 1985 Tate Boulevard Hickory, NC 28601 Ph.: (800) 438-5779 Fax: (828) 304-8387 | Trade debt | | $15,234.73 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 15. Humana<br>500 West Main Street<br>Louisville, KY 40202 | Steve McCulley<br>Humana<br>500 West Main Street<br>Louisville, KY 40202<br>Ph: (502) 580-1000<br>Fax: (502) 580-2099 | Trade debt | | $15,076.21 |
| 16. Basco<br>7201 Snider Road<br>Mason, OH 45040 | Elaine<br>Basco<br>7201 Snider Road<br>Mason, OH 45040<br>Ph.: (513) 573-1900<br>Fax: (800) 989-1913 | Trade debt | | $10,934.21 |
| 17. NIBCO Incorporated<br>1516 Middlebury<br>Elkhart, IN 46516 | Rex Martin, CEO<br>NIBCO Incorporated<br>1516 Middlebury<br>Elkhart, IN 46516<br>Ph.: (800) 234-4642<br>Fax: (574) 295-3307 | Trade debt | | $10,399.13 |
| 18. Laminated Products, Inc.<br>5718 52nd Street<br>Kenosha, WI 53144 | Diane<br>Laminated Products, Inc.<br>5718 52nd Street<br>Kenosha, WI 53144<br>Ph.: (262) 658-4114<br>Fax: (262) 658-4152 | Trade debt | | $10,310.69 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 19. Titeflex<br>603 Hendee Street<br>Springfield, MA 01104 | John Maggi<br>Titeflex<br>603 Hendee Street<br>Springfield, MA 01104<br>Ph.: (800) 662-0208<br>Fax: (413) 746-3149 | Trade debt | | $10,211.79 |
| 20. Murray Feiss<br>125 Rose Reiss Boulevard<br>Bronx, NY 10454 | Bill Haley<br>Murray Feiss<br>125 Rose Reiss Boulevard<br>Bronx, NY 10454<br>Ph.: (800) 969-3347<br>Fax: (718) 401-2416 | Trade debt | | $10,209.07 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SPESCO, INC. ) | Chapter 11 Case |
| an Illinois corporation, ) | |
| d/b/a FaucetsPlus.com ) | |
| EIN #36-3068444, ) | |
| ) | NO. |
| DEBTOR. ) | |

## LIST OF EQUITY SECURITY HOLDERS

STATE OF ILLINOIS   )
                    )  SS
COUNTY OF COOK      )

    I, Steve Kogan, being first duly sworn on oath, depose and say that I am the President of Spesco, Inc., an Illinois corporation, the debtor herein and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the shareholders of the debtor.

                                        By: Spesco, Inc., an Illinois corporation

                                        By: _____
                                             Steve Kogan, President

I declare under penalty of perjury
that the foregoing is true and correct.

# EXHIBIT A

| Steve S. Kogan<br>133 South Rohlwing Road<br>Addison, IL 60101 | Harvey Kogan<br>133 South Rohlwing Road<br>Addison, IL 60101 |
|---|---|

CHGO1:30381875.v1