# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: SPESCO, INC. DBA FAUCETSPLUS.COM | § | Case No. 03-49246-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 05, 2003. The undersigned trustee was appointed on December 05, 2003.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          330,896.89

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 3,009.47 |
| Administrative expenses | 166,130.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 161,756.72 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

   6.  The deadline for filing  non-governmental claims in this case was 04/19/2005
and the deadline for filing governmental claims was   / /   .  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as  **Exhibit C** .

   7. The Trustee's proposed distribution is attached as  **Exhibit D** .

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$19,794.65.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

   The trustee has received $19,754.71 as interim compensation and now requests the
sum of $39.94, for a total compensation of $19,794.65. [2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of   $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00. [2]

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 02/03/2011          By: /s/DAVID GROCHOCINSKI, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

   [2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 03-49246-JS | Trustee: (520067) DAVID GROCHOCINSKI, TRUSTEE |
| Case Name: SPESCO, INC. DBA FAUCETSPLUS.COM | Filed (f) or Converted (c): 12/05/03 (f) |
| | §341(a) Meeting Date: 05/11/04 |
| Period Ending: 02/03/11 | Claims Bar Date: 04/19/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 52 MARKS ROAD, VALPARAISO, IN | 379,493.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKINGS, SAVINGS & OTHER FINANCIAL ACCOUNTS | 103,644.00 | 0.00 | | 57,419.08 | FA |
| 3 | TRADE ACCOUNTS RECEIVABLE | 2,567,465.00 | 0.00 | | 2,727.54 | FA |
| 4 | AUTOMOBILES, TRUCKS, TRAILERS & OTHER VEHICLES | 7,711.00 | 0.00 | | 0.00 | FA |
| 5 | OFFICE EQUIPMENT, FURNISHINGS | 114,486.00 | 0.00 | | 0.00 | FA |
| 6 | MACHINERY, FIXTURES, EQUIPMENT | 53,031.00 | 0.00 | | 0.00 | FA |
| 7 | INVENTORY | 4,905,405.00 | 0.00 | | 0.00 | FA |
| 8 | OTHER PERSONAL PROPERTY | 1,269,200.00 | 0.00 | | 0.00 | FA |
| 9 | POSSIBLE PREFERENCES | 20,000.00 | 20,000.00 | | 265,243.71 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5,506.56 | Unknown |
| 10 | Assets    Totals (Excluding unknown values) | **$9,420,435.00** | **$20,000.00** | | **$330,896.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT ASSET NOTICE REQUESTING DELAY 1/11/05; INVESTIGATION OF TRANSFERS TO INSIDERS AND PREFERENCES PREFERENCE ADVERSARY CASES STILL PENDING; TRIAL DATE LIKELY IN 2008; TAX REFUNDS RECEIVED AND PAID TO CREDITORS; INSIDER AVOIDANCE AMOUNTS PENDING; ROME ADVERSARY SETTLED; TAX CLAIMS BEING ADJUSTED; CLAIMS NOW BEING RECEIVED AND REVIEWED TO BE COMPLETED BY APRIL 2009 AND OBJECTIONS THEREAFTER; CLAIM OJBECTIONS PENDING; FINAL REPORT TO FOLLOW FINAL REPORT SUBMITTED TO US TRUSTEE ON 12/30/10

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | June 30, 2007 | Current Projected Date Of Final Report (TFR): | December 31, 2010 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 03-49246-JS | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) | |
| **Case Name:** | SPESCO, INC. DBA FAUCETSPLUS.COM | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | **Account:** | ***-*****90-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***8444 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 02/03/11 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/06/04 | {2} | GLOBAL PAYMENTS | RELEASE OF RESERVE HELD BY GLOBAL | 1129-000 | 3,009.47 | | 3,009.47 |
| 10/19/04 | 1001 | LASALLE BANK NATIONAL ASSOCAITION | TURNOVER OF CREDIT CARD RESERVES PER ORDER 9/30/04 | 4210-000 | | 3,009.47 | 0.00 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.28 | | 0.28 |
| 07/26/05 | {2} | WACHOVIA BANK | TURNOVER OF FUNDS | 1229-000 | 26,620.17 | | 26,620.45 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.31 | | 26,621.76 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 10.18 | | 26,631.94 |
| 09/01/05 | {2} | PNC BANK | TURNOVER OF FUNDS IN ACCOUNT 8610303945 | 1229-000 | 27,789.44 | | 54,421.38 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 19.34 | | 54,440.72 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 23.65 | | 54,464.37 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 24.63 | | 54,489.00 |
| 12/13/05 | {9} | MASCO CORPORATION | SETTLEMENT OF PREFERENCE | 1141-000 | 13,920.00 | | 68,409.00 |
| 12/16/05 | {3} | DOUGLAS, KOEPPEN & HURLEY | BALANCE DUE FROM RANDY EDMAISTON | 1121-000 | 27.41 | | 68,436.41 |
| 12/16/05 | {3} | DOUGLAS KOEPPEN & HURLEY | BALANCE DUE FROM CHAD ELLIOTT | 1121-000 | 2,037.02 | | 70,473.43 |
| 12/21/05 | {9} | DELSEA MARBLE & GRANITE INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 1,500.00 | | 71,973.43 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.95 | | 72,005.38 |
| 01/11/06 | {3} | DOUGLAS, KOEPPEN & HURLEY | BALANCE DUE FROM CHAD ELLIOTT | 1121-000 | 127.14 | | 72,132.52 |
| 01/11/06 | {3} | DOUGLAS, KOEPPEN & HURLEY | BALANCE DUE FROM RANDY EDMAISTON | 1121-000 | 27.42 | | 72,159.94 |
| 01/30/06 | {9} | UPS | SETTLEMENT OF PREFERENCE | 1141-000 | 250.00 | | 72,409.94 |
| 01/30/06 | {9} | RYDER TRUCK RENTAL, INC. | SETTLEMENT OF PREFERENCES | 1141-000 | 14,883.93 | | 87,293.87 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 40.60 | | 87,334.47 |
| 02/09/06 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #03B-49246, Bond #016026455 | 2300-000 | | 61.53 | 87,272.94 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 46.90 | | 87,319.84 |
| 03/03/06 | {9} | PLASTIC LINE MANUFACTURING INC. | PREFERENCE PAYMENT | 1141-000 | 10,550.00 | | 97,869.84 |
| 03/07/06 | {3} | DOUGLAS KOEPPEN & HURLEY | CHAD ELLIOT - STIPULATED ENTRY OF JUDGMENT | 1121-000 | 254.28 | | 98,124.12 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 57.10 | | 98,181.22 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 62.16 | | 98,243.38 |
| 05/02/06 | {3} | DOUGLAS, KOEPPEN & HURLEY | CHAD ELLIOTT - STIP ENTRY OF JUDGEMENT DATED 10/24/01 | 1121-000 | 254.27 | | 98,497.65 |
| 05/16/06 | {9} | MASCO CORPORATION | SETTLEMENT OF PREFERENCE | 1141-000 | 456.00 | | 98,953.65 |
| 05/16/06 | {9} | LAMTECH, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 12,750.00 | | 111,703.65 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 70.98 | | 111,774.63 |
| 06/16/06 | {9} | DELAWARE VALLEY CUSTOM | SETTLEMENT OF PREFERENCE | 1141-000 | 4,000.00 | | 115,774.63 |

Subtotals: $118,845.63    $3,071.00

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 03-49246-JS | |
| Case Name: | SPESCO, INC. DBA FAUCETSPLUS.COM | |

| | | |
|---|---|---|
| Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****90-65 - Money Market Account |

| | | |
|---|---|---|
| Taxpayer ID #: | **-***8444 | |
| Period Ending: | 02/03/11 | |

| | | |
|---|---|---|
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | MARBLE INC. | | | | | |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 74.48 | | 115,849.11 |
| 07/26/06 | {9} | BUILDERS PLUMBING | TRANSFER OF FUNDS DUE TO SPESCO FROM BASCO SETTLEMENT | 1141-000 | 5,060.00 | | 120,909.11 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 161.20 | | 121,070.31 |
| 08/28/06 | {9} | BUILDERS PLUMBING & HEATING SUPPLY | TRANSFER OF FUNDS FOR CRESLINE SETTLEMENT | 1141-000 | 15,600.00 | | 136,670.31 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 182.32 | | 136,852.63 |
| 09/11/06 | {9} | CUSTOM WOOD PRODUCTS, LLC | SETTLEMENT OF PREFERENCE | 1141-000 | 9,745.44 | | 146,598.07 |
| 09/26/06 | {9} | BUILDERS PLUMBING | TRANSFER OF FUNDS DUE TO SPESCO FROM PRINTEX SETTLEMENT | 1141-000 | 1,627.50 | | 148,225.57 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 198.46 | | 148,424.03 |
| 10/11/06 | {9} | BUILDERS PLUMING & HEATING SUPPLY | TRANSFER FUNDS DUE TO SPESCO FROM KICHLER SETTLEMENT | 1141-000 | 3,877.50 | | 152,301.53 |
| 10/25/06 | {9} | ARMSTRONG | SETTLEMENT OF PREFERENCE | 1141-000 | 65,000.00 | | 217,301.53 |
| 10/30/06 | {9} | PENSKE TRUCK LEASING CO. | SETTLEMENT OF PREFERENCE | 1141-000 | 525.84 | | 217,827.37 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 249.92 | | 218,077.29 |
| 11/03/06 | {9} | BLANCO AMERICA, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 3,647.00 | | 221,724.29 |
| 11/06/06 | {9} | LASCO FITTINGS, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 1,591.00 | | 223,315.29 |
| 11/13/06 | {9} | CAR LEASING, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 563.50 | | 223,878.79 |
| 11/17/06 | {9} | LASCO BATHWARE | SETTLEMENT OF PREFERENCE | 1141-000 | 8,949.00 | | 232,827.79 |
| 11/29/06 | {9} | HUMANA | SETTLEMENT OF PREFERENCE | 1141-000 | 375.00 | | 233,202.79 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 324.31 | | 233,527.10 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.7500% | 1270-000 | 324.60 | | 233,851.70 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 360.98 | | 234,212.68 |
| 02/06/07 | 1003 | BUILDERS PLUMBING & HEATING SUPPLY, INC. | REIMBURSE FOR ALL EXPENSES PAID BY BUILDERS PER ALLOCATION ORDER OF 12/7/06 | | | 117,649.86 | 116,562.82 |
| | | DAVID GROCHOCINSKI, TRUSTEE | 7,872.21 | 2100-000 | | | 116,562.82 |
| | | | 109,777.65 | 2990-000 | | | 116,562.82 |
| 02/06/07 | 1004 | GLENDALE PLUMBING | REIMBURSEMENT OF EXPENSES PAID BY GLENDALE PER ALLOCATION ORDER OF 12/7/06 | 2990-000 | | 21,896.08 | 94,666.74 |
| 02/06/07 | 1005 | IRON MOUNTAN RECORDS MANAGEMENT | 10% - STORAGE FEE INVOICE DATED 1/31/07 | 2410-000 | | 114.07 | 94,552.67 |
| 02/12/07 | 1006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE | 2300-000 | | 204.07 | 94,348.60 |

Subtotals :    $118,438.05    $139,864.08

{} Asset reference(s)                                                                                         Printed: 02/03/2011 02:32 PM    V.12.56

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 03-49246-JS | **Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** SPESCO, INC. DBA FAUCETSPLUS.COM | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****90-65 - Money Market Account |
| **Taxpayer ID #:** **-***8444 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/03/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #03B-49246, BOND# 016026455 - TERM 2/1/07-2/1/08 | | | | |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 157.50 | | 94,506.10 |
| 03/02/07 | | To Account #*******9066 | TRANSFER FUNDS TO PAY ADMIN FEES PER ORDERS OF 3/1/07 | 9999-000 | | 13,612.00 | 80,894.10 |
| 03/06/07 | 1007 | IRON MOUNTAIN RECORDS MANAGEMENT | 10% OF STORAGE FEES PER ALLOCATION ORDER | 2410-000 | | 114.07 | 80,780.03 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 108.92 | | 80,888.95 |
| 04/12/07 | 1008 | IRON MOUNTAIN RECORDS MANAGEMENT | 10% OF STORAGE FEES/INVOICE DATED 3/31/07 | 2410-000 | | 114.07 | 80,774.88 |
| 04/18/07 | | To Account #*******9066 | TRANSFER FUNDS | 9999-000 | | 1,000.00 | 79,774.88 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 92.89 | | 79,867.77 |
| 05/18/07 | {9} | BERTCH CABINET MFG. | SETTLEMENT OF PREFERENCE | 1141-000 | 7,000.00 | | 86,867.77 |
| 05/21/07 | {9} | GROHE AMERICA, INC. | SETTLEMENT OF ADVERSARY | 1141-000 | 455.00 | | 87,322.77 |
| 05/23/07 | {9} | BUILDERS PLUMBING & HEATING SUPPLY | PORTION OF FUNDS DUE FROM KOGAN SETTLEMENT | 1141-000 | 33,000.00 | | 120,322.77 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 106.49 | | 120,429.26 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 157.85 | | 120,587.11 |
| 07/09/07 | 1009 | IRON MOUNTAIN RECORDS MANAGMENT | 10% OF STORAGE FEES/INVOICE DATED 6/30/07 | 2410-000 | | 114.07 | 120,473.04 |
| 07/18/07 | {9} | REIZES LAW FIRM, CHARTERED | SETTLEMENT OF PREFERENCE | 1141-000 | 3,500.00 | | 123,973.04 |
| 07/30/07 | {9} | BUILDERS PLUMBING & HEATING INC. | TRANSFER OF FUNDS DUE ESTATE FROM SIOUX CHIEF SETTLEMENT | 1141-000 | 2,025.00 | | 125,998.04 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 176.30 | | 126,174.34 |
| 08/21/07 | 1010 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | 10% OF FEES AND EXPENSES DUE SPECIAL COUNSEL | | | 7,918.31 | 118,256.03 |
| | | | 10% OF FEES                        7,819.00 | 3210-600 | | | 118,256.03 |
| | | | 10% OF EXPENSES                      99.31 | 3220-610 | | | 118,256.03 |
| 08/22/07 | {9} | LAMACRAFT, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 10,000.00 | | 128,256.03 |
| 08/23/07 | {9} | NORDYNE | SETTLEMENT OF PREFERENCE | 1141-000 | 5,192.00 | | 133,448.03 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 181.22 | | 133,629.25 |
| 09/04/07 | {9} | NORCRAFT COMPANIES | SETTLEMENT OF PREFERENCE | 1141-000 | 27,500.00 | | 161,129.25 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 191.49 | | 161,320.74 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 240.62 | | 161,561.36 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4200% | 1270-000 | 204.82 | | 161,766.18 |
| 12/06/07 | {9} | JACUZZI | SETTLEMENT OF PREFERENCE | 1141-000 | 1,700.00 | | 163,466.18 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4200% | 1270-000 | 196.52 | | 163,662.70 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | 183.76 | | 163,846.46 |
| | | | Subtotals : | | $92,370.38 | $22,872.52 | |

{} Asset reference(s)                                                                                          Printed: 02/03/2011 02:32 PM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 03-49246-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) | | |
| Case Name: | SPESCO, INC. DBA FAUCETSPLUS.COM | | Bank Name: | JPMORGAN CHASE BANK, N.A. | | |
| | | | Account: | ***-*****90-65 - Money Market Account | | |
| Taxpayer ID #: | **-***8444 | | Blanket Bond: | $5,000,000.00  (per case limit) | | |
| Period Ending: | 02/03/11 | | Separate Bond: | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/07/08 | 1011 | IRON MOUTAIN | 10% STORAGE FEES/INVOICE DATED 1/31/08 | 2410-000 | | 120.40 | 163,726.06 |
| 02/11/08 | 1012 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #03B-49246, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 142.94 | 163,583.12 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7700% | 1270-000 | 103.08 | | 163,686.20 |
| 03/07/08 | 1013 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 2/29/08 | 2410-000 | | 120.40 | 163,565.80 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 94.78 | | 163,660.58 |
| 04/03/08 | | To Account #*******9066 | TRANSFER FUNDS TO PAY STORAGE FEES/MISC EXPENSES | 9999-000 | | 1,000.00 | 162,660.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 86.89 | | 162,747.47 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 79.32 | | 162,826.79 |
| 06/10/08 | 1014 | IRON MOUNTAIN | 10% OF STORAGE/INVOICE DATE 5/31/08 | 2410-000 | | 120.40 | 162,706.39 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 75.98 | | 162,782.37 |
| 07/16/08 | | BUILDERS PLUMBING & HEATING | REIMBURSEMENT OF OVERPAYMENT OF ADMINISTRATIVE EXPENSES | 2990-000 | | -5,850.41 | 168,632.78 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 77.31 | | 168,710.09 |
| 08/26/08 | 1015 | BUILDERS PLUMBING & HEATING SUPPLY CO | REIMBURSEMENT OF 10% DUE TOWARD CBIZ FEE OF $34,663.82 | 3410-000 | | 3,466.38 | 165,243.71 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 73.57 | | 165,317.28 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 79.66 | | 165,396.94 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 67.24 | | 165,464.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 44.83 | | 165,509.01 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 34.63 | | 165,543.64 |
| 01/06/09 | 1016 | IRON MOUNTAIN | 10% STORAGE FEE/INVOICE DATED 12/31/08 | 2410-000 | | 156.47 | 165,387.17 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 20.34 | | 165,407.51 |
| 02/05/09 | 1017 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #03B-49246, BOND#016026455 | 2300-000 | | 137.31 | 165,270.20 |
| 02/06/09 | 1018 | IRON MOUNTAIN | 10% STORAGE/INVOICE DATED 1/31/09 | 2410-000 | | 156.47 | 165,113.73 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 18.96 | | 165,132.69 |
| 03/11/09 | 1019 | IRON MOUNTAIN | 10% STORAGE FEES/ INVOICE DATED 2/28/09 | 2410-000 | | 156.47 | 164,976.22 |

Subtotals :    $856.59    $-273.17

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 03-49246-JS |
| **Case Name:** | SPESCO, INC. DBA FAUCETSPLUS.COM |
| **Taxpayer ID #:** | **-***8444 |
| **Period Ending:** | 02/03/11 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****90-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 21.65 | | 164,997.87 |
| 04/07/09 | 1020 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 3/31/09 | | 2410-000 | | 156.47 | 164,841.40 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 20.28 | | 164,861.68 |
| 05/04/09 | 1021 | IRON MOUNTAIN | 10% OF STORAGE FEES/ INVOICE DATED 4/30/09 | | 2410-000 | | 156.47 | 164,705.21 |
| 05/18/09 | | BUILDERS PLUMBING | REFUND OF SPECIAL COUNSEL FEES(10%) | | 3210-600 | | -1,282.57 | 165,987.78 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 19.64 | | 166,007.42 |
| 06/08/09 | 1022 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 5/31/09 | | 2410-000 | | 156.47 | 165,850.95 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 21.76 | | 165,872.71 |
| 07/08/09 | 1023 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATE 6/30/09 | | 2410-000 | | 156.47 | 165,716.24 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 21.07 | | 165,737.31 |
| 08/11/09 | 1024 | IRON MOUNTAIN | 10% STORAGE FEES/ INVOICE DATED 7/31/09 | | 2410-000 | | 156.47 | 165,580.84 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 21.05 | | 165,601.89 |
| 09/04/09 | 1025 | IRON MOUNTAIN | 10% STORAGE FEES/NVOICE DATED 8/31/09 | | 2410-000 | | 156.47 | 165,445.42 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 20.35 | | 165,465.77 |
| 10/02/09 | 1026 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 9/30/09 | | 2410-000 | | 156.47 | 165,309.30 |
| 10/28/09 | 1027 | CBIZ ACCOUNTING TAX AND ADVISORY SERVICES, INC. | 5TH INTERIM/COMPENSATION AND EXPENSES | | | | 1,106.63 | 164,202.67 |
| | | | FEES | 1,104.03 | 3410-000 | | | 164,202.67 |
| | | | EXPENSES | 2.60 | 3420-000 | | | 164,202.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 20.33 | | 164,223.00 |
| 11/06/09 | | To Account #*******9066 | TRANSFER FUNDS | | 9999-000 | | 1,000.00 | 163,223.00 |
| 11/06/09 | 1028 | IRON MOUNTAIN | 4% STORAGE FEES/ INVOICE DATED 10/31/09 Voided on 11/06/09 | | 2410-000 | | 62.59 | 163,160.41 |
| 11/06/09 | 1028 | IRON MOUNTAIN | 4% STORAGE FEES/ INVOICE DATED 10/31/09 Voided: check issued on 11/06/09 | | 2410-000 | | -62.59 | 163,223.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 20.78 | | 163,243.78 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 20.74 | | 163,264.52 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 19.41 | | 163,283.93 |
| 02/05/10 | 1029 | IRON MOUNTAIN | 10% STORAGE FEES/ INVOICE DATED 1/31/10 | | 2410-000 | | 174.84 | 163,109.09 |

| | | | | | Subtotals : | $227.06 | $2,094.19 | |

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 03-49246-JS |
| Case Name: | SPESCO, INC. DBA FAUCETSPLUS.COM |
| | |
| Taxpayer ID #: | **-***8444 |
| Period Ending: | 02/03/11 |

| | |
|---|---|
| Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****90-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.73 | | 163,127.82 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 22.07 | | 163,149.89 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 3.34 | | 163,153.23 |
| 04/06/10 | | Wire out to BNYM account<br>9200*****9065 | Wire out to BNYM account 9200*****9065 | 9999-000 | -163,153.23 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 167,628.62 | 167,628.62 | $0.00 |
| Less: Bank Transfers | -163,153.23 | 16,612.00 | |
| **Subtotal** | 330,781.85 | 151,016.62 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$330,781.85** | **$151,016.62** | |

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 03-49246-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | SPESCO, INC. DBA FAUCETSPLUS.COM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****90-66 - Checking Account |
| Taxpayer ID #: | **-***8444 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/03/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/07 | | From Account #*******9065 | TRANSFER FUNDS TO PAY ADMIN FEES PER ORDERS OF 3/1/07 | 9999-000 | 13,612.00 | | 13,612.00 |
| 03/02/07 | 101 | CIBZ ACCOUNTING TAX & ADVISORY SERVICES | INTERIM FEES AND EXPENSES/10% PER ALLOCATION ORDER | 3410-000 | | 1,729.50 | 11,882.50 |
| 03/02/07 | 102 | DAVID E. GROCHOCINSKI | INTERIM COMPENSATION/10% PER ALLOCATION ORDER | 2100-000 | | 11,882.50 | 0.00 |
| 04/18/07 | | From Account #*******9065 | TRANSFER FUNDS | 9999-000 | 1,000.00 | | 1,000.00 |
| 04/18/07 | 103 | EUNICE SACHS & ASSOCIATES | 10% OF DEPOSITION FEE OF GEORGE BARTHEL | 2990-000 | | 38.34 | 961.66 |
| 05/08/07 | 104 | IRON MOUNTAIN RECORDS MANAGEMENT | 10% OF STORAGE FEES/INVOICE DATED 4/30/07 | 2410-000 | | 114.07 | 847.59 |
| 06/04/07 | 105 | IRON MOUNTAIN RECORDS MANAGEMENT | 10% OF STORAGE FEES/INVOICE DATED 5/31/07 | 2410-000 | | 114.07 | 733.52 |
| 08/08/07 | 106 | IRON MOUNTAIN RECORDS MGMT | 10% OF MONTHLY STORAGE FEES/INVOICE DATED 7/31/07 | 2410-000 | | 114.07 | 619.45 |
| 09/10/07 | 107 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 8/31/07 | 2410-000 | | 114.07 | 505.38 |
| 10/05/07 | 108 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 9/30/07 | 2410-000 | | 114.07 | 391.31 |
| 11/02/07 | 109 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATE 10/31/07 | 2410-000 | | 114.07 | 277.24 |
| 12/10/07 | 110 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 11/30/07 | 2410-000 | | 114.07 | 163.17 |
| 01/09/08 | 111 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATE 12/31/07 | 2410-000 | | 120.40 | 42.77 |
| 04/03/08 | | From Account #*******9065 | TRANSFER FUNDS TO PAY STORAGE FEES/MISC EXPENSES | 9999-000 | 1,000.00 | | 1,042.77 |
| 04/03/08 | 112 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 3/31/08 | 2410-000 | | 120.40 | 922.37 |
| 05/02/08 | 113 | IRON MOUNTAIN | STORAGE FEES/INVOICE DATED 4/30/08 | 2410-000 | | 120.40 | 801.97 |
| 07/08/08 | 114 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 6/30/08 | 2410-000 | | 120.40 | 681.57 |
| 08/05/08 | 115 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATE 7/31/08 | 2410-000 | | 126.05 | 555.52 |
| 09/09/08 | 116 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATE 8/31/08 | 2410-000 | | 127.51 | 428.01 |
| 10/03/08 | 117 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 9/30/08 | 2410-000 | | 126.68 | 301.33 |
| 11/11/08 | 118 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 10/31/08 | 2410-000 | | 126.68 | 174.65 |

Subtotals :  $15,612.00   $15,437.35

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 03-49246-JS |
| **Case Name:** | SPESCO, INC. DBA FAUCETSPLUS.COM |
| **Taxpayer ID #:** | **-***8444 |
| **Period Ending:** | 02/03/11 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****90-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/08 | 119 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 11/30/08 | 2410-000 | | 126.68 | 47.97 |
| 11/06/09 | | From Account #*******9065 | TRANSFER FUNDS | 9999-000 | 1,000.00 | | 1,047.97 |
| 11/06/09 | 120 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 10/31/09 | 2410-000 | | 156.47 | 891.50 |
| 12/04/09 | 121 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 11/30/09 | 2410-000 | | 156.47 | 735.03 |
| 01/11/10 | 122 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 12/31/09 | 2410-000 | | 174.84 | 560.19 |
| 02/05/10 | 123 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #03-49246, BOND#016026455 | 2300-000 | | 136.03 | 424.16 |
| 03/05/10 | 124 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 2/28/10 | 2410-000 | | 174.84 | 249.32 |
| 04/06/10 | | Wire out to BNYM account 9200******9066 | Wire out to BNYM account 9200******9066 | 9999-000 | -249.32 | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 16,362.68 | 16,362.68 | $0.00 |
| | | Less: Bank Transfers | | 16,362.68 | 0.00 | |
| | | **Subtotal** | | **0.00** | **16,362.68** | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$0.00** | **$16,362.68** | |

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 03-49246-JS
**Case Name:** SPESCO, INC. DBA FAUCETSPLUS.COM

**Taxpayer ID #:** **-***8444
**Period Ending:** 02/03/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******90-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******9065 | Wire in from JPMorgan Chase Bank, N.A. account *******9065 | 9999-000 | 163,153.23 | | 163,153.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 16.76 | | 163,169.99 |
| 05/10/10 | 11030 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 4/30/10 | 2410-000 | | 174.84 | 162,995.15 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 20.77 | | 163,015.92 |
| 06/09/10 | 11031 | IRON MOUNTAIN | 10% STORAGE FEES/INV DATED 5/31/10 | 2410-000 | | 174.84 | 162,841.08 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 20.09 | | 162,861.17 |
| 07/07/10 | 11032 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 6/30/10 | 2410-000 | | 174.84 | 162,686.33 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 20.74 | | 162,707.07 |
| 08/11/10 | 11033 | IRON MOUNTAIN | 10% STORAGE FEE/ INVOICE DATED 7/31/10 | 2410-000 | | 175.70 | 162,531.37 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 20.71 | | 162,552.08 |
| 09/07/10 | 11034 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 8/31/10 | 2410-000 | | 174.88 | 162,377.20 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 4.00 | | 162,381.20 |
| 10/08/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.93 | | 162,382.13 |
| 10/14/10 | 11035 | IRON MOUNTAIN | 10% OF STORAGE FEES/INVOICE DATED 9/30/10 | 2410-000 | | 174.88 | 162,207.25 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.20 | | 162,210.45 |
| 11/16/10 | 11036 | IRON MOUNTAIN | 10% STORAGE FEE/INV DATE 10/31/10 | 2410-000 | | 174.88 | 162,035.57 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.99 | | 162,039.56 |
| 12/07/10 | 11037 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 11/30/10 | 2410-000 | | 174.88 | 161,864.68 |
| 12/29/10 | Int | The Bank of New York Mellon | Current Interest Rate at  0.0300% | 1270-000 | 3.85 | | 161,868.53 |
| 12/29/10 | | To Account #9200******9066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 161,868.53 | 0.00 |

|  | | | ACCOUNT TOTALS | | 163,268.27 | 163,268.27 | $0.00 |
| | | | Less: Bank Transfers | | 163,153.23 | 161,868.53 | |
| | | | **Subtotal** | | **115.04** | **1,399.74** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$115.04** | **$1,399.74** | |

{} Asset reference(s)

Printed: 02/03/2011 02:32 PM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 03-49246-JS | | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) | |
| **Case Name:** | SPESCO, INC. DBA FAUCETSPLUS.COM | | | **Bank Name:** | The Bank of New York Mellon | |
| | | | | **Account:** | 9200-******90-66 - Checking Account | |
| **Taxpayer ID #:** | **-***8444 | | | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 02/03/11 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******9066 | Wire in from JPMorgan Chase Bank, N.A. account *******9066 | 9999-000 | 249.32 | | 249.32 |
| 04/07/10 | 10125 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 3/31/10 | 2410-000 | | 174.84 | 74.48 |
| 12/29/10 | | From Account #9200******9065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 161,868.53 | | 161,943.01 |
| 01/11/11 | 10126 | IRON MOUNTAIN | 10% STORAGE FEES/INVOICE DATED 12/31/10 | 2410-000 | | 186.29 | 161,756.72 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 162,117.85 | 361.13 | **$161,756.72** |
| Less: Bank Transfers | 162,117.85 | 0.00 | |
| **Subtotal** | 0.00 | 361.13 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$361.13** | |

| | |
|---|---|
| Net Receipts : | 330,896.89 |
| Net Estate : | $330,896.89 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****90-65** | 330,781.85 | 151,016.62 | 0.00 |
| **Checking # ***-*****90-66** | 0.00 | 16,362.68 | 0.00 |
| **MMA # 9200-******90-65** | 115.04 | 1,399.74 | 0.00 |
| **Checking # 9200-******90-66** | 0.00 | 361.13 | 161,756.72 |
| | $330,896.89 | $169,140.17 | $161,756.72 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 03-49246-JS
Case Name: SPESCO, INC. DBA FAUCETSPLUS.COM
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

**Balance on hand:**                               **$**          161,756.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:      **$**                0.00
Remaining balance:                          **$**          161,756.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 19,794.65 | 19,754.71 | 39.94 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 11,008.40 | 0.00 | 11,008.40 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 515.52 | 0.00 | 515.52 |
| Accountant for Trustee, Fees - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 2,444.30 | 0.00 | 2,444.30 |
| Accountant for Trustee, Expenses - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 60.57 | 0.00 | 60.57 |

Total to be paid for chapter 7 administration expenses:      **$**           14,068.73
Remaining balance:                                           **$**          147,687.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None             |                 |                          |                  |

Total to be paid for prior chapter administrative expenses:      **$**                0.00
Remaining balance:                                               **$**          147,687.99

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,142.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 820 | Dr Knight | 252.92 | 0.00 | 252.92 |
| 1074 | Seabolt, Kimberly | 889.16 | 0.00 | 889.16 |

Total to be paid for priority claims: $    1,142.08
Remaining balance: $    146,545.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,901,122.09 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Continental Casualty Company | 9,536.37 | 0.00 | 667.56 |
| 2 | GW Berkheimer Co Inc | 1,026.00 | 0.00 | 71.83 |
| 3 | Brasstech Inc | 1,642.65 | 0.00 | 115.00 |
| 5 | Abe Kogan | 11,000.00 | 0.00 | 770.01 |
| 7 | Steve Kogan | 11,000.00 | 0.00 | 770.00 |
| NA | Basco Mfg | 5,060.00 | 0.00 | 354.20 |
| NA | NORCRAFT COMPANIES | 27,500.00 | 0.00 | 1,925.00 |
| NA | NORDYNE, INC. | 5,192.00 | 0.00 | 363.44 |
| NA | Harvey Kogan | 11,000.00 | 0.00 | 770.00 |
| NA | LASCO FITTINGS, INC. | 1,591.00 | 0.00 | 111.37 |
| NA | PENSKE TRUCK LEASING | 525.84 | 0.00 | 36.81 |
| NA | Lasco Bathware | 2,052.00 | 0.00 | 143.64 |
| NA | RYNONE MFG CO | 3,500.00 | 0.00 | 245.00 |
| NA | RYDER TRANSPORTATION SERVICES | 14,883.93 | 0.00 | 1,041.88 |
| NA | PRINTEX DESIGNS | 1,627.50 | 0.00 | 113.92 |
| NA | UNITED PARCEL SERVICE | 250.00 | 0.00 | 17.50 |
| NA | WARD TRUCKLOAD EXPRESS | 1,000.00 | 0.00 | 70.00 |
| NA | Lamtech, Inc. | 12,750.00 | 0.00 | 892.50 |

**UST Form 101-7-TFR (10/1/2010)**

| NA | SIOUX CHIEF Mfg CO, INC | | 0.00 | 141.75 |
|---|---|---:|---:|---:|
| NA | Lamacraft, Inc. | 10,000.00 | 0.00 | 700.00 |
| NA | Bertch Cabinet Mfg | 7,000.00 | 0.00 | 490.00 |
| NA | Blanco America | 3,647.00 | 0.00 | 255.29 |
| NA | Armstrong Wood Products | 65,000.00 | 0.00 | 4,550.00 |
| NA | Brass Craft Mfg | 456.00 | 0.00 | 31.92 |
| NA | Custom Wood Products | 9,745.44 | 0.00 | 682.18 |
| NA | Car Leasing, Inc. | 563.50 | 0.00 | 39.44 |
| NA | Jacuzzi | 1,700.00 | 0.00 | 119.00 |
| NA | L.D. Kichler Co | 3,877.50 | 0.00 | 271.42 |
| NA | Glenmar Mfg | 4,000.00 | 0.00 | 280.00 |
| NA | Humana, Inc. | 375.00 | 0.00 | 26.25 |
| NA | Delsea Marble | 1,500.00 | 0.00 | 105.00 |
| 14 | Vanguard Piping Systems Inc. | 827.00 | 0.00 | 57.89 |
| 19 | Speedway Superamerica Llc | 6,725.00 | 0.00 | 470.75 |
| 20 | Craftmade International | 9,610.00 | 0.00 | 672.70 |
| 40 | Juno Lighting, Inc. | 6,285.00 | 0.00 | 439.95 |
| 41 | White-rodgers Division, Emerson Electric | 1,911.66 | 0.00 | 133.82 |
| 71 | Elcoma Metal Fabricating | 858.00 | 0.00 | 60.06 |
| 80 | Lt Moses Willard Inc | 1,394.00 | 0.00 | 97.58 |
| 84 | Ribbons Ink Inc | 557.00 | 0.00 | 38.99 |
| 85 | U S Supply | 363.00 | 0.00 | 25.41 |
| 94 | Lasco Bathware | 28,155.93 | 0.00 | 1,970.92 |
| 95 | General Wire Spring Co | 161.77 | 0.00 | 11.32 |
| 118 | Air Comfort Products | 2,935.83 | 0.00 | 205.51 |
| 123 | American Fluorescent Corp | 338.00 | 0.00 | 23.66 |
| 132 | Northern Indiana Public Service Company | 3,919.00 | 0.00 | 274.33 |
| 137 | American Granby Inc | 68.00 | 0.00 | 4.76 |
| 147 | Indiana Assoc Of Plbg Htg | 290.00 | 0.00 | 20.30 |
| 150 | Johnson & Davisson | 198.00 | 0.00 | 13.86 |
| 151 | J & D Distributing Inc | 1,599.00 | 0.00 | 111.93 |
| 154 | Reflectix Inc | 117.40 | 0.00 | 8.22 |
| 176 | Champion Water Conditioning | 52.62 | 0.00 | 3.68 |
| 186 | Halsey Taylor | 359.64 | 0.00 | 25.17 |
| 201 | Quality Fire Protection | 289.30 | 0.00 | 20.25 |
| 226 | Reed Mfg | 477.83 | 0.00 | 33.45 |

| 229 | Illuminating Experiences | 469.19 | 0.00 | 32.44 |
|-----|--------------------------|--------|------|-------|
| 235 | Trumball Industries Inc | 2,882.15 | 0.00 | 201.75 |
| 244 | L D Kichler Co | 32,367.14 | 0.00 | 2,265.70 |
| 246 | Aladdin Light Lift Inc | 895.78 | 0.00 | 62.70 |
| 271 | Ultimate Surfaces Inc | 361.25 | 0.00 | 25.29 |
| 305 | U S Marble | 2,689.61 | 0.00 | 188.27 |
| 307 | Excelsior Mfg & Supply Corp | 1,111.16 | 0.00 | 77.78 |
| 309 | Casablanca Fan Co | 1,667.88 | 0.00 | 116.75 |
| 316 | Laminated Products Inc | 10,310.69 | 0.00 | 721.75 |
| 324 | Cuno Inc | 8,236.90 | 0.00 | 576.58 |
| 332 | S O S Products Co. Inc. | 539.00 | 0.00 | 37.73 |
| 344 | Lithonia Lighting | 663.23 | 0.00 | 46.43 |
| 345 | Selkirk Metalbestos | 19,024.06 | 0.00 | 1,331.68 |
| 355 | Amerec Products | 2,166.60 | 0.00 | 151.66 |
| 359 | Printex Designs Inc. | 1,247.00 | 0.00 | 87.29 |
| 367 | Tyco Adhesives | 1,183.56 | 0.00 | 82.85 |
| 388 | Bornquist Inc | 26.91 | 0.00 | 1.88 |
| 397 | Gerber Plumbing Fixtures Inc | 9,421.00 | 0.00 | 659.47 |
| 399 | Kessler Sunbelt Distribution | 8,944.29 | 0.00 | 626.10 |
| 435 | Barclay Products Ltd | 283.00 | 0.00 | 19.81 |
| 470 | M T I Whirlpools | 561.00 | 0.00 | 39.27 |
| 474 | Richard Specialty Co | 41.00 | 0.00 | 2.87 |
| 477 | Mueller Streamline Co | 533.43 | 0.00 | 37.34 |
| 480 | Labor Ready, Inc | 122.78 | 0.00 | 8.59 |
| 503 | Sioux Chief Mfg Co Inc | 2,422.06 | 0.00 | 169.54 |
| 509 | National Fiberglass | 661.00 | 0.00 | 46.27 |
| 512 | Josam Company | 31.25 | 0.00 | 2.19 |
| 518 | Satco Products Inc | 1,559.00 | 0.00 | 109.13 |
| 519 | Tba Inc | 1,796.00 | 0.00 | 125.72 |
| 529 | Acryline Usa Inc | 1,262.00 | 0.00 | 88.34 |
| 550 | P M & Associates Inc | 2,258.00 | 0.00 | 158.06 |
| 586 | Hico Flex Brass Co | 1,320.00 | 0.00 | 92.40 |
| 592 | Spears Manufacturing Co | 298.00 | 0.00 | 20.86 |
| 598 | Rheem Mfg Co | 115,633.01 | 0.00 | 8,094.31 |
| 605 | Basco | 15,242.00 | 0.00 | 1,066.94 |
| 611 | Metropolitan Lighting Fixture | 1,165.00 | 0.00 | 81.55 |

| 613 | Minka | 0.00 | 0.00 | 814.87 |
|---|---|---|---|---|
| 616 | Netafim Irrigation Inc | 463.13 | 0.00 | 32.42 |
| 618 | Quorum Intl | 5,133.00 | 0.00 | 359.31 |
| 631 | National Specialty Lighting | 395.00 | 0.00 | 27.65 |
| 633 | Kitchenworks Inc | 1,633.54 | 0.00 | 114.35 |
| 638 | Kohler Company | 42,121.49 | 0.00 | 2,948.50 |
| 644 | Schiff Hardin Llp | 1,287.50 | 0.00 | 90.12 |
| 657 | Geberit Manufacturing | 383.68 | 0.00 | 26.86 |
| 666 | Opella Inc | 2,013.00 | 0.00 | 140.91 |
| 669 | L R Nelson Corporation | 2,802.50 | 0.00 | 196.17 |
| 711 | Watco Manufacturing Co | 149.00 | 0.00 | 10.43 |
| 713 | Woodford Mfg | 2,881.90 | 0.00 | 201.73 |
| 715 | Transolid Inc | 1,519.75 | 0.00 | 106.38 |
| 726 | Discover Financial Services, Inc. | 353.51 | 0.00 | 24.75 |
| 732 | Reliable Products | 339.26 | 0.00 | 23.75 |
| 751 | American Hydro Systems Inc | 2,409.95 | 0.00 | 168.70 |
| 771 | Grohe America Inc | 5,198.70 | 0.00 | 363.91 |
| 786 | Reliable Disposal Inc | 173.62 | 0.00 | 12.15 |
| 808 | CHICAGO TRUCK DRIVERS UNION BENEFIT FUNDS | 1,104,429.83 | 0.00 | 77,310.08 |
| 810 | CFM Corporation | 19,797.21 | 0.00 | 1,385.80 |
| 1029 | Delta Faucet Co | 134,765.58 | 0.00 | 9,433.59 |
| 1103 | Delta Faucet Co | 13,320.00 | 0.00 | 932.40 |

Total to be paid for timely general unsecured claims:    $    133,078.54

Remaining balance:    $    13,467.37

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00

Remaining balance:    $    13,467.37

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 13,467.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 681 | Devon Bank | 204.71 | 0.00 | 204.71 |
| 685 | National City Bank | 510.42 | 0.00 | 510.42 |
| 689 | Bank One, N.a. | 3,462.46 | 0.00 | 3,462.46 |
| 693 | Associated Bank Chicago | 1,022.17 | 0.00 | 1,022.17 |
| 697 | Cole Taylor Bank | 2,453.75 | 0.00 | 2,453.75 |
| 700 | Lasalle Bank National Association | 5,813.86 | 0.00 | 5,813.86 |

Total to be paid for subordinated claims:  $         13,467.37

Remaining balance:  $                0.00

**UST Form 101-7-TFR (10/1/2010)**