# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SPESCO, INC. DBA FAUCETSPLUS.COM § Case No. 03-49246-JS
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 03/11/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/03/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                                        Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SPESCO, INC. DBA FAUCETSPLUS.COM　　§　Case No. 03-49246-JS
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---:|
| *The Final Report shows receipts of* | $ 330,896.89 |
| *and approved disbursements of* | $ 169,140.17 |
| *leaving a balance on hand of* [1] | $ 161,756.72 |
| **Balance on hand:** | $ 161,756.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 161,756.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 19,794.65 | 19,754.71 | 39.94 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 11,008.40 | 0.00 | 11,008.40 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 515.52 | 0.00 | 515.52 |
| Accountant for Trustee, Fees - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 2,444.30 | 0.00 | 2,444.30 |
| Accountant for Trustee, Expenses - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 60.57 | 0.00 | 60.57 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 14,068.73 |
| Remaining balance: | $ 147,687.99 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 147,687.99 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,142.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 820 | Dr Knight | 252.92 | 0.00 | 252.92 |
| 1074 | Seabolt, Kimberly | 889.16 | 0.00 | 889.16 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,142.08 |
| Remaining balance: | $ | 146,545.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,901,122.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Continental Casualty Company | 9,536.37 | 0.00 | 667.56 |
| 2 | GW Berkheimer Co Inc | 1,026.00 | 0.00 | 71.83 |
| 3 | Brasstech Inc | 1,642.65 | 0.00 | 115.00 |
| 5 | Abe Kogan | 11,000.00 | 0.00 | 770.01 |
| 7 | Steve Kogan | 11,000.00 | 0.00 | 770.00 |
| NA | Basco Mfg | 5,060.00 | 0.00 | 354.20 |
| NA | NORCRAFT COMPANIES | 27,500.00 | 0.00 | 1,925.00 |
| NA | NORDYNE, INC. | 5,192.00 | 0.00 | 363.44 |
| NA | Harvey Kogan | 11,000.00 | 0.00 | 770.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| NA | LASCO FITTINGS, INC. | 1,591.00 | 0.00 | 111.37 |
| NA | PENSKE TRUCK LEASING | 525.84 | 0.00 | 36.81 |
| NA | Lasco Bathware | 2,052.00 | 0.00 | 143.64 |
| NA | RYNONE MFG CO | 3,500.00 | 0.00 | 245.00 |
| NA | RYDER TRANSPORTATION SERVICES | 14,883.93 | 0.00 | 1,041.88 |
| NA | PRINTEX DESIGNS | 1,627.50 | 0.00 | 113.92 |
| NA | UNITED PARCEL SERVICE | 250.00 | 0.00 | 17.50 |
| NA | WARD TRUCKLOAD EXPRESS | 1,000.00 | 0.00 | 70.00 |
| NA | Lamtech, Inc. | 12,750.00 | 0.00 | 892.50 |
| NA | SIOUX CHIEF MFG CO, INC. | 2,025.00 | 0.00 | 141.75 |
| NA | Lamacraft, Inc. | 10,000.00 | 0.00 | 700.00 |
| NA | Bertch Cabinet Mfg | 7,000.00 | 0.00 | 490.00 |
| NA | Blanco America | 3,647.00 | 0.00 | 255.29 |
| NA | Armstrong Wood Products | 65,000.00 | 0.00 | 4,550.00 |
| NA | Brass Craft Mfg | 456.00 | 0.00 | 31.92 |
| NA | Custom Wood Products | 9,745.44 | 0.00 | 682.18 |
| NA | Car Leasing, Inc. | 563.50 | 0.00 | 39.44 |
| NA | Jacuzzi | 1,700.00 | 0.00 | 119.00 |
| NA | L.D. Kichler Co | 3,877.50 | 0.00 | 271.42 |
| NA | Glenmar Mfg | 4,000.00 | 0.00 | 280.00 |
| NA | Humana, Inc. | 375.00 | 0.00 | 26.25 |
| NA | Delsea Marble | 1,500.00 | 0.00 | 105.00 |
| 14 | Vanguard Piping Systems Inc. | 827.00 | 0.00 | 57.89 |
| 19 | Speedway Superamerica Llc | 6,725.00 | 0.00 | 470.75 |
| 20 | Craftmade International | 9,610.00 | 0.00 | 672.70 |
| 40 | Juno Lighting, Inc. | 6,285.00 | 0.00 | 439.95 |
| 41 | White-rodgers Division, Emerson Electric | 1,911.66 | 0.00 | 133.82 |
| 71 | Elcoma Metal Fabricating | 858.00 | 0.00 | 60.06 |
| 80 | Lt Moses Willard Inc | 1,394.00 | 0.00 | 97.58 |
| 84 | Ribbons Ink Inc | 557.00 | 0.00 | 38.99 |
| 85 | U S Supply | 363.00 | 0.00 | 25.41 |
| 94 | Lasco Bathware | 28,155.93 | 0.00 | 1,970.92 |
| 95 | General Wire Spring Co | 161.77 | 0.00 | 11.32 |

**UST Form 101-7-NFR (10/1/2010)**

| 118 | Air Comfort Products | 2,935.83 | 0.00 | 205.51 |
|---|---|---|---|---|
| 123 | American Fluorescent Corp | 338.00 | 0.00 | 23.66 |
| 132 | Northern Indiana Public Service Company | 3,919.00 | 0.00 | 274.33 |
| 137 | American Granby Inc | 68.00 | 0.00 | 4.76 |
| 147 | Indiana Assoc Of Plbg Htg | 290.00 | 0.00 | 20.30 |
| 150 | Johnson & Davisson | 198.00 | 0.00 | 13.86 |
| 151 | J & D Distributing Inc | 1,599.00 | 0.00 | 111.93 |
| 154 | Reflectix Inc | 117.40 | 0.00 | 8.22 |
| 176 | Champion Water Conditioning | 52.62 | 0.00 | 3.68 |
| 186 | Halsey Taylor | 359.64 | 0.00 | 25.17 |
| 201 | Quality Fire Protection | 289.30 | 0.00 | 20.25 |
| 226 | Reed Mfg | 477.83 | 0.00 | 33.45 |
| 229 | Illuminating Experiences | 463.49 | 0.00 | 32.44 |
| 235 | Trumball Industries Inc | 2,882.15 | 0.00 | 201.75 |
| 244 | L D Kichler Co | 32,367.14 | 0.00 | 2,265.70 |
| 246 | Aladdin Light Lift Inc | 895.78 | 0.00 | 62.70 |
| 271 | Ultimate Surfaces Inc | 361.25 | 0.00 | 25.29 |
| 305 | U S Marble | 2,689.61 | 0.00 | 188.27 |
| 307 | Excelsior Mfg & Supply Corp | 1,111.16 | 0.00 | 77.78 |
| 309 | Casablanca Fan Co | 1,667.88 | 0.00 | 116.75 |
| 316 | Laminated Products Inc | 10,310.69 | 0.00 | 721.75 |
| 324 | Cuno Inc | 8,236.90 | 0.00 | 576.58 |
| 332 | S O S Products Co. Inc. | 539.00 | 0.00 | 37.73 |
| 344 | Lithonia Lighting | 663.23 | 0.00 | 46.43 |
| 345 | Selkirk Metalbestos | 19,024.06 | 0.00 | 1,331.68 |
| 355 | Amerec Products | 2,166.60 | 0.00 | 151.66 |
| 359 | Printex Designs Inc. | 1,247.00 | 0.00 | 87.29 |
| 367 | Tyco Adhesives | 1,183.56 | 0.00 | 82.85 |
| 388 | Bornquist Inc | 26.91 | 0.00 | 1.88 |
| 397 | Gerber Plumbing Fixtures Inc | 9,421.00 | 0.00 | 659.47 |
| 399 | Kessler Sunbelt Distribution | 8,944.29 | 0.00 | 626.10 |
| 435 | Barclay Products Ltd | 283.00 | 0.00 | 19.81 |
| 470 | M T I Whirlpools | 561.00 | 0.00 | 39.27 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 474 | Richard Specialty Co | 41.00 | 0.00 | 2.87 |
| 477 | Mueller Streamline Co | 533.43 | 0.00 | 37.34 |
| 480 | Labor Ready, Inc | 122.78 | 0.00 | 8.59 |
| 503 | Sioux Chief Mfg Co Inc | 2,422.06 | 0.00 | 169.54 |
| 509 | National Fiberglass | 661.00 | 0.00 | 46.27 |
| 512 | Josam Company | 31.25 | 0.00 | 2.19 |
| 518 | Satco Products Inc | 1,559.00 | 0.00 | 109.13 |
| 519 | Tba Inc | 1,796.00 | 0.00 | 125.72 |
| 529 | Acryline Usa Inc | 1,262.00 | 0.00 | 88.34 |
| 550 | P M & Associates Inc | 2,258.00 | 0.00 | 158.06 |
| 586 | Hico Flex Brass Co | 1,320.00 | 0.00 | 92.40 |
| 592 | Spears Manufacturing Co | 298.00 | 0.00 | 20.86 |
| 598 | Rheem Mfg Co | 115,633.01 | 0.00 | 8,094.31 |
| 605 | Basco | 15,242.00 | 0.00 | 1,066.94 |
| 611 | Metropolitan Lighting Fixture | 1,165.00 | 0.00 | 81.55 |
| 613 | Minka | 11,641.00 | 0.00 | 814.87 |
| 616 | Netafim Irrigation Inc | 463.13 | 0.00 | 32.42 |
| 618 | Quorum Intl | 5,133.00 | 0.00 | 359.31 |
| 631 | National Specialty Lighting | 395.00 | 0.00 | 27.65 |
| 633 | Kitchenworks Inc | 1,633.54 | 0.00 | 114.35 |
| 638 | Kohler Company | 42,121.49 | 0.00 | 2,948.50 |
| 644 | Schiff Hardin Llp | 1,287.50 | 0.00 | 90.12 |
| 657 | Geberit Manufacturing | 383.68 | 0.00 | 26.86 |
| 666 | Opella Inc | 2,013.00 | 0.00 | 140.91 |
| 669 | L R Nelson Corporation | 2,802.50 | 0.00 | 196.17 |
| 711 | Watco Manufacturing Co | 149.00 | 0.00 | 10.43 |
| 713 | Woodford Mfg | 2,881.90 | 0.00 | 201.73 |
| 715 | Transolid Inc | 1,519.75 | 0.00 | 106.38 |
| 726 | Discover Financial Services, Inc. | 353.51 | 0.00 | 24.75 |
| 732 | Reliable Products | 339.26 | 0.00 | 23.75 |
| 751 | American Hydro Systems Inc | 2,409.95 | 0.00 | 168.70 |
| 771 | Grohe America Inc | 5,198.70 | 0.00 | 363.91 |
| 786 | Reliable Disposal Inc | 173.62 | 0.00 | 12.15 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 808 | CHICAGO TRUCK DRIVERS UNION BENEFIT FUNDS | 1,104,429.83 | 0.00 | 77,310.08 |
| 810 | CFM Corporation | 19,797.21 | 0.00 | 1,385.80 |
| 1029 | Delta Faucet Co | 134,765.58 | 0.00 | 9,433.59 |
| 1103 | Delta Faucet Co | 13,320.00 | 0.00 | 932.40 |

Total to be paid for timely general unsecured claims:   $    133,078.54
Remaining balance:   $    13,467.37

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    13,467.37

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 13,467.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 681 | Devon Bank | 204.71 | 0.00 | 204.71 |
| 685 | National City Bank | 510.42 | 0.00 | 510.42 |
| 689 | Bank One, N.a. | 3,462.46 | 0.00 | 3,462.46 |
| 693 | Associated Bank Chicago | 1,022.17 | 0.00 | 1,022.17 |
| 697 | Cole Taylor Bank | 2,453.75 | 0.00 | 2,453.75 |
| 700 | Lasalle Bank National Association | 5,813.86 | 0.00 | 5,813.86 |

Total to be paid for subordinated claims:   $    13,467.37
Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**